UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 23-292 (CKK) |
| DELONTE MUNDARAY | : |

**DEFENDANT MUNDARAY'S OPPOSITION TO
GOVERNMENT'S MOTION TO ADMIT PRIOR CONVICTION**

Comes now the defendant, Delonte Mundaray, through undersigned counsel, and in support of his Opposition to Government's Motion to Admit Prior Conviction, states as follows:

Defendant hereby adopts, and incorporates herein by reference, the arguments put forward in co-defendant Ramel Henderson's opposition to the government's motion to admit evidence of his prior conviction.

The arguments and the law presented at pages 1 to 3, and 5 to 6, apply equally to the government's attempts to introduce evidence of Mr. Mundaray's prior gun conviction.

Like Mr. Henderson, Mr. Mundaray asserts that the only issue here is whether he participated in the charged kidnapping and carried a firearm, the only purpose of introducing his prior gun conviction would be to create the impermissible inference that he has a bad character, i.e., classic propensity evidence.

But for the reasons articulated in Mr. Henderson's filing (ECF Doc. 170), Mr. Mundaray's prior conviction is similarly inadmissible.

And as Mr. Henderson noted in pages 5 and 6 of his opposition, any purported relevance of that conviction is overcome by the undue prejudice the introduction of the conviction would create.

Finally, the government argues that Mr. Mundaray's prior conviction is admissible because it occurred "near where Mundaray and the additional subjects commenced the armed kidnapping and carjacking in this case."

That argument fails simply because the fact that one event took place near where the other alleged offense took place does not make the second alleged offense any more probable than not.

For the foregoing reasons, as well as for any other reasons that may appear to this Court, defendant opposes the government's motion, and prays for any other relief this Court deems just and proper.

Respectfully submitted,

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626 (facsimile)
E-mail:  sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 1st day of October, 2025, to all parties of record.

/s/
_____
Stephen F. Brennwald